IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DYLAN SANCHEZ, : Civil No. 3:21-cv-115
: 
Plaintiff : (Judge Mariani)
:
v. :
:
TINA LITZ, et al., :
:
Defendants :

## ORDER

**AND NOW**, this _____ day of November, 2021, upon consideration of the motion (Doc. 22) to dismiss by Defendant Litz and the motion (Doc. 25) for judgment on the pleadings by Defendant PrimeCare Medical, Inc., and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The motions (Docs. 22, 25) are **GRANTED**.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED**.

3. Plaintiff may file an amended complaint on or before **November 15, 2021**.

4. Failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge